IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -3 P 12: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WILLIE JONES,
    Defendant.

In re: Case No.: 2:04-CR-00097-T

2:06CV300-MHT

## MOTION FOR EXTENSION OF TIME

COMES NOW, defendant, Willie Jones, pro se, and moves the Honorable Court for a extension of time to file his Title 28 U.S.C. §2255 in the above referenced case. Defendant Jones, at the constant advise of his trial counsel, has awaited filing the §2255 because the government has continually promised to file a Rule 35(b) Motion to reduce the sentence of the above referenced case. Defendant Jones's counsel would file a notice of appeal in this instant case out of fear of upsetting the government thereby. Therefore, the defendant is in a dilemma of whether to wait another week, month, or year for the government to decide to file its said motion, and the defendant asks the court to **extend the time of filing the §2255 until 60 days after the government makes its decision** on filing a Rule 35(b) Motion. Defendant Jones is pro se and uneducated in the sciences of law and seeks the court's guidance on this matter at hand.

Done this 27th day of March, 2006.

Respectfully submitted,

*/s/ Willie Jones*
WILLIE JONES #11440-002
P.O. BOX 5000
YAZOO CITY, MS. 39194