2:06CV 300 - mht

RECEIVED

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2006 JUN 29  A 9: 48

| United States District Court | District |
| --- | --- |

| Name (under which you were convicted): **WILLIE FATE JONES** | Docket or Case No.: ~~2:04CR97-MHT~~  2:06CV300 |
| --- | --- |

| Place of Confinement: **YAZOO CITY FEDERAL CORRECTIONAL INST.** | Prisoner No.: 11440-002 |
| --- | --- |

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) **Willie Fate Jones,** |
| --- | --- |
| Respondant, | v.    Movant. |

AMENDED
MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    United States District Court for the Middle District of
    Alabama _____

    (b) Criminal docket or case number (if you know): 2:04CR97-MHT _____

2.  (a) Date of the judgment of conviction (if you know): April 1, 2005 _____

    (b) Date of sentencing: April 1, 2005 _____

3.  Length of sentence: 108 months _____

4.  Nature of crime (all counts): Conspiracy to possess with the intent to
    distribute cocaine, and a Felon in Possession of a Firearm. _____

5.  (a) What was your plea? (Check one)
    (1)   Not guilty ☐          (2)   Guilty ☒          (3)   Nolo contendere (no contest) ☐
    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? N/A _____

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
    N/A

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ❑     No ☒

8.  Did you appeal from the judgment of conviction?     Yes ❑     No ☒

9.  If you did appeal, answer the following:

(a) Name of court: _____ N/A _____

(b) Docket or case number (if you know): _____ N/A _____

(c) Result: _____ N/A _____

(d) Date of result (if you know): _____ N/A _____

(e) Citation to the case (if you know): _____ N/A _____

(f) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ❑     No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____ N/A _____

(2) Result: _____ N/A _____

_____

(3) Date of result (if you know): _____ N/A _____

(4) Citation to the case (if you know): _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❑     No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ☒

(7) Result: __N/A_____

(8) Date of result (if you know): __N/A_____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __N/A_____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ☒

(7) Result: __N/A_____

(8) Date of result (if you know): __N/A_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:      Yes ❑    No ☒

(2)  Second petition:     Yes ❑    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____N/A_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

GROUND ONE: <u>COUNSEL WAS INEFFECTIVE FOR FAILING TO FILE A NOTICE</u>
_____<u>OF APPEAL AS REQUESTED BY THE DEFENDANT.</u>_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
The defendant Willie Jones states that he specifically requested that his attorney file a notice of appeal **at sentencing.** However, he refused to do so and constantly emphasized simply cooperating with the government. Counsel was asked several times to file notice of appeal but he refused to do so. Jones seeks a evidentiary hearing on this issue and this court should grant this hearing due to the prejudice caused by said ineffective assistance of counsel. A out of time appeal must be granted, and the sentence re-imposed. **(See Memorandum of** Law**).**

_____

_____

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why Counsel failed to file a timely notice of appeal as requested by the defendant. **(See Memorandum of Law).**

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: ___N/A_____

    Name and location of the court where the motion or petition was filed: _N/A_____

_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: ____N/A_____

Result (attach a copy of the court's opinion or order, if available): ____N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): ____N/A_____

Date of the court's decision: ___N/A_____

Result (attach a copy of the court's opinion or order, if available): ____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____N/A_____

_____

_____

_____

_____

GROUND TWO: COUNSEL FAILED TO FILE A NOTICE OF APPEAL CONCERNING
THE EXTENT OF DEPARTURE, RESULTING IN INEFFECTIVE ASSISTANCE
OF COUNSEL.
(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
Defense counsel failed to reveal the **extent and dangerous
circumstances** revolving his substantial assistance to the
government. Defendant Jones was prejudiced when his counsel
failed to disclose the extent of his cooperation at **sentencing.**
The court made its departure determinations without being fully
informed of the dangerous circumstances and several other people
whom the failed to mention at sentencing. This constitutes
ineffective assistance of counsel. **(See Memorandum of Law).**

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____N/A_____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: _____N/A_____

_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ *N/A* _____

_____

_____

_____

_____

**GROUND THREE:** _____ *N/A* _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____ *N/A* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____ *N/A* _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ *N/A* _____

Name and location of the court where the motion or petition was filed: _____ *N/A* _____

_____

Docket or case number (if you know): _____ *N/A* _____

Date of the court's decision: _____ *N/A* _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

_____

_____

_____

_____

**GROUND FOUR:** _____N/A_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____  *N/A*  _____

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: _____ *N/A* _____

_____

_____

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ *N/A* _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____ *N/A* _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): ____ *N/A* _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ *N/A* _____

_____

_____

    Docket or case number (if you know): _____ *N/A* _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____ *N/A* _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ *N/A* _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ *N/A* _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ *N/A* _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ *N/A* _____

(b) At arraignment and plea: _____ *N/A* _____

(c) At trial: _____ *N/A* _____

(d) At sentencing: _____ *N/A* _____

(e) On appeal: _____ N/A _____

_____

(f) In any post-conviction proceeding: _____ N/A _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ N/A _____

_____ N/A _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N/A _____

_____

(b) Give the date the other sentence was imposed: _____ N/A _____

(c) Give the length of the other sentence: _____ N/A _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  N/A

Page

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: **A out of time appeal must be granted in this matter at hand and the government must be ordered to Respond to this §2255 in 20 days according to Rule 81 FEDERAL Rules of Civil Procedures:**
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _June_ _2 8, 2006_ (month, date, year).

Executed (signed) on _____ (date).

_Willie Fate Jones_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *