FILED
MAY - 5 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04CR97-T |
| | ) | [18 USC 922(g)(1); |
| WILLIE FATE JONES | ) | 18 USC 922(g)(3); |
| | ) | 18 USC 924(c)(1); |
| | ) | 21 USC 844(a); |
| | ) | 21 USC 846] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from an unknown date, but commencing at least as early as in or about January 1989, and continuing thereafter up to May 17, 1999, the exact dates being unknown to the Grand Jury, in Montgomery and Crenshaw counties, within the Middle District of Alabama, and elsewhere,

WILLIE FATE JONES,

defendant herein, did knowingly and intentionally conspire, combine and agree together with Lamont Jones, Leslie Hamilton, Willie May, Sheila Ross, Quincy Tillis, Kenneth Bryant, Timothy Woodson, Charles Woodson, Carlos McClain, Victor Ellis, Brian Cornelius May, Michael Jones, Morris May, Darnell Willis, and other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute cocaine, and more than 50 grams of cocaine base, Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

On or about May 17, 1999, in Montgomery County, Alabama, in

the Middle District of Alabama,

WILLIE FATE JONES,

defendant herein, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is conspiracy to possess with intent to distribute cocaine and cocaine base as charged in Count 1 of this indictment, which allegation the Grand Jury reallege and incorporate by reference herein, said firearm being a Lorcin, Model L380, .380 caliber pistol, Serial Number 250153. All in violation of Title 18, United States Code, Section 924(c)(1).

COUNT 3

On or about January 23, 2004, in Crenshaw County, Alabama, in the Middle District of Alabama,

WILLIE FATE JONES,

defendant herein, having been convicted on or about January 1, 2000, in the Circuit Court of Montgomery County, Alabama, of Possession and Receipt of a Controlled Substance, case number CC-98-900, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, knowingly did possess a Bryco Arms, Model Jennings Nine, 9 millimeter caliber pistol, Serial Number 1397886, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 4

On or about January 23, 2004, in Crenshaw County, Alabama, in

the Middle District of Alabama,

WILLIE FATE JONES,

defendant herein, knowingly did possess, in and affecting commerce, a Bryco Arms, Model Jennings Nine, 9 millimeter caliber pistol, Serial Number 1397886, while being an unlawful user of and addicted to a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 5

That on or about January 23, 2004, in Crenshaw County, Alabama, within the Middle District of Alabama,

WILLIE FATE JONES,

defendant herein, did knowingly and intentionally possess marijuana and cocaine, Schedule I and II Controlled Substances, respectively, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Terry F. Moorer
Assistant United States Attorney