IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                                            )
v                                                            )          CIVIL ACTION NO. 2:06cv300-MHT
                                                            )
WILLIE FATE JONES                          )

**O R D E R**

Pursuant to the orders of this court, the United States has filed a response addressing

the claims presented by the movant, Willie Fate Jones, in his § 2255 motion. *See* August 4,

2006, *Response of the United States* (Doc. # 5).  In its response, the government argues that

Jones has not pleaded facts or presented evidence or argument in support of his claims of

ineffective assistance of counsel sufficient to entitle him to an evidentiary hearing or any

other relief on those claims.

Accordingly, it is

ORDERED that on or before August 27, 2006, Jones may file a reply to the response

filed by the United States.  Any documents or evidence filed after this date will not be

considered by the court except upon a showing of exceptional circumstances.  At any time

after August 27 2006, the court shall "determine whether an evidentiary hearing is required.

If it appears that an evidentiary hearing is not required, the [court] shall make such

disposition of the motion as justice dictates."  Rule 8(a), *Rules Governing Section 2255*

*Proceedings in the United States District Courts*.

Jones is instructed that when responding to the assertions contained in the

government's response, he may file sworn affidavits or other documents in support of his

claims. Affidavits should set forth specific facts that demonstrate that Jones is entitled to

relief on the grounds presented in his § 2255 motion. If documents that have not previously

been filed with the court are referred to in the affidavits, sworn or certified copies of those

papers must be attached to the affidavits or served with them. When Jones attacks the

government's response by use of affidavits or other documents, the court will, at the

appropriate time, consider whether to expand the record to include such materials. *See* Rule

7, *Rules Governing Section 2255 Proceedings in the United States District Courts*. Jones

is advised that upon expiration of the time for filing a response to this order, the court will

proceed to consider the merits of the pending § 2255 motion pursuant to Rule 8(a).

In his response, Jones should specifically address the issue of how counsel can be

ineffective for failing to file a notice of appeal when Jones in his plea agreement waived the

right to file an appeal.

Done this 8th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE