IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv300-MHT |
| | ) | |
| WILLIE FATE JONES | ) | |

**ORDER ON MOTION**

On March 6, 2008 (Doc. No. 8), petitioner Willie Fate Jones ("Jones") filed a pleading styled as a "Response to the Magistrate Judge Recommendation." The court construes this pleading to contain (1) a *motion for extension of time* to file objections to the Recommendation of the Magistrate Judge and (2) a *motion for appointment of counsel* to represent Jones in filing an appeal. Upon consideration of this pleading, and for good cause shown, it is

ORDERED that *the motion for extension of time* be and is hereby GRANTED. Accordingly, it is

ORDERED that Jones be and is GRANTED an extension from February 25, 2008, to and including March 28, 2008, to file his objections to the Recommendation entered on February 12, 2008.

It is further

ORDERED that Jones's *motion for appointment of counsel* is denied at this time as

premature.

      Done this 6th day of March, 2008.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE