IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE FATE JONES, )<br>  )<br>   Petitioner, )<br>  )<br>v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>   Respondent. ) | CIVIL ACTION NO.<br>2:06cv300-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 2) is granted to the extent petitioner seeks to file an out-of-time appeal in his criminal case, <u>United States of America v. Willie Fate Jones</u>, Criminal Action No. 2:04cr097-MHT (M.D. Ala.).

(3) Said petition for writ of habeas is denied without prejudice in all other respects.

It is further ORDERED that the clerk of the court shall file copies of this judgment, along with the companion opinion and the earlier recommendation (doc. no. 7), in <u>United States of America v. Willie Fate Jones</u>, Criminal Action No. 2:04cr097-MHT (M.D. Ala.).

It is further ORDERED that costs are taxed against respondent, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of April, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**